UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **In re** ) | |
| ) | |
| **EMERSON SUTTON,** ) | |
| ) | |
| Debtor. ) | |
| ------------------------------- ) | |
| **EMERSON SUTTON,** ) | |
| ) | |
| Plaintiff/Appellant, ) | |
| ) | |
| v. ) | No. 4:05CV906-DJS |
| ) | |
| **STATE OF MISSOURI;** ) | |
| **DIRECTOR, MISSOURI DEPARTMENT OF** ) | |
| **REVENUE;** ) | |
| **DIRECTOR, MISSOURI REAL ESTATE** ) | |
| **COMMISSION;** ) | |
| **DIRECTOR, MISSOURI REAL ESTATE** ) | |
| **APPRAISER'S COMMISSION,** ) | |
| ) | |
| Defendants/Appellees. ) | |

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants/appellees and against plaintiff/appellant, and the bankruptcy court's order of May 4, 2005 denying debtor's request that the adversary proceeding be

transferred to the United States District Court and dismissing the adversary proceeding without prejudice is **AFFIRMED**.

Dated this   8th   day of September, 2005.

                                                  /s/Donald J. Stohr
                                                  UNITED STATES DISTRICT JUDGE